# United States Court of Appeals for the Federal Circuit

May 9, 2006

ERRATA

Appeal No. 05-5025, -5029

PAYMASTER TECHNOLOGIES, INC., V U.S.

Decided:  May 5, 2006                          Non-Precedential Opinion

Please make the following change:

This opinion is now non-precedential.